UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| 301 1ST TYBEE LLC, and SUGAR SHACK TYBEE 31328 LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV425-261 |
| VELOCITY SPECIALTY INSURANCE COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

The parties have agreed to mediate the claims at issue in this lawsuit and, should mediation not result in a resolution, submit their dispute to arbitration. *See* doc. 8. Therefore, they jointly move to stay these proceedings pending the completion of that arbitration. *Id.* at 3. Additionally, given that agreement, Defendants move to withdraw their Motion to Compel Arbitration. Doc. 9. For good cause shown, Defendants' Motion to Withdraw is **GRANTED**. Doc. 9. The Clerk is **DIRECTED** to **TERMINATE** Defendants' Motion to Compel Arbitration and to Stay, or Alternatively, Dismiss the Proceedings, as **WITHDRAWN**. Doc. 7.

The parties' Joint Motion to Stay Proceedings Pending Mediation and Arbitration is also **GRANTED**. Doc. 8. The Clerk is **DIRECTED** to **STAY** this case pending the conclusion of the parties' arbitration. *See, e.g. Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."). The parties are **DIRECTED** to file a joint status report updating the Court on the status of their arbitration by February 24, 2026, and follow-up status reports every 90 days thereafter until the arbitration has concluded. They are further **DIRECTED** to notify the Court within 14 days of the arbitration's conclusion and indicate at that time whether a dismissal of this matter will be forthcoming, or if the stay should lift for further proceedings in this Court.

**SO ORDERED**, this 26th day of November, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA